# Exhibit 1-2

Effective Date: 03/01/2023

# FINANCIAL GUARANTEE BOND

Bond No. 7901128648

KNOW ALL PERSONS BY THESE PRESENTS:

That we Public Square LA, Inc as Principal and Nationwide Mutual Insurance Company, a corporation organized under the laws of the State of Ohio and duly authorized to transact surety business throughout The United States of America, as Surety, are held and firmly bound unto 1680 CCWR 46 OWNER, LLC c/o Westbrook Partners as Obligee, in the just and full sum of not to exceed Five Hundred Forty Thousand and 00/100 DOLLARS ($ 540,000.00 ), for payment whereof well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, firmly by these presents.

WHEREAS, the Principal desires to guarantee 1680 CCWR 46 OWNER, LLC c/o Westbrook Partners

NOW, THEREFORE, the condition of this bond is that if the Principal shall pay the Obligee per the term of the obligation described above. Then this bond shall be null and void; otherwise to remain in full force and effect.

This bond may be canceled by Surety by giving thirty (30) days notice in writing of its intention so to do to the Obligee, and the Surety shall be relieved of any further liability under this bond thirty (30) days after such notice is sent by Certified U.S. Mail.

No cause of action shall lie against the Surety unless commenced within one year from the date the cause of action accrues against the Principal.

Regardless of the number of years the bond continues in force, the number of claims made against the bond, and the number of premiums which shall be payable, or paid, the Surety's total limit of liability shall not be cumulative from year to year or period to period, and in no event shall the Surety's total liability for all claims on the bond exceed the amount stated above. Any revision of the bond amount shall not be cumulative.

Signed and sealed as of the 2nd day of March, 2023

Public Square LA, Inc

_____
Principal

Nationwide Mutual Insurance Company

Countersigned (where required)   By: _____
                                    Jeremy John Crawford, Attorney-In-Fact

By N/A   Resident Agent

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:
MICHAEL D WILLIAMS; JEREMY JOHN CRAWFORD; BRAD QUIRI; AMANDA QUIGLEY; ETHAN BAKER;

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

# TEN MILLION AND NO/100 DOLLARS ($10,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 20th day of August, 2021.

Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company

**ACKNOWLEDGMENT**

STATE OF NEW YORK COUNTY OF NEW YORK: ss
On this 20th day of August, 2021, before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

Stephanie Rubino McArthur
Notary Public, State of New York
No. 02MC6270117
Qualified in New York County
Commission Expires October 19, 2024

Notary Public
My Commission Expires
October 19, 2024

**CERTIFICATE**

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this 2nd day of March, 2023.

Assistant Secretary

BDJ 1(08-21)00

Acknowledgment of Surety

State of Florida
County of Hillsborough

On this 2nd day of March, 2023 before me personally appeared **Jeremy John Crawford** who acknowledged that he or she is the attorney in fact who is authorized to sign on behalf of **Nationwide Mutual Insurance Company** (surety company), the foregoing instrument, and he thereupon duly acknowledged to me that he executed the same.

_____
Notary Public

> WESLEY BAUER
> MY COMMISSION # HH 082907
> EXPIRES: January 20, 2025
> Bonded Thru Notary Public Underwriters

☐

**SURETY RIDER**

Nationwide Mutual Insurance Company
Bond Department
1100 Locust Street, Department 2006
Des Moines, IA 50391-2006

TO BE ATTACHED TO AND FORM PART OF
Lease                                                                    BOND NUMBER 7901128648
IN FAVOR OF  1680 CCWR 46 OWNER, LLC c/o Westbrook Partners
                              (Obligee)
ON BEHALF OF  Public Square LA, Inc
                              (Principal)

IT IS AGREED THAT, in consideration of the original premium charged for this bond, and any additional premium that may be properly chargeable as a result of this rider,

1. The Surety hereby gives its consent to amend the following:
Bond Amount

From:
   Five Hundred Forty Thousand and 00/100 Dollars ($540,000.00)


To:
   Seven Hundred Fifty Thousand and 00/100 Dollars ($750,000.00)


Effective:  April 18, 2023

2. PROVIDED, however, that this attached bond shall be subject to all its agreements, limitations, and considerations except as herein expressly modified, and that the liability of the Surety under the attached bond as changed by this rider shall not be cumulative.

3. Signed and sealed this   19th   day of    April   , 2023 .

                                        Nationwide Mutual Insurance Company

                              BY:_____
                                        Jeremy John Crawford, Attorney in Fact

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:
MICHAEL D WILLIAMS; JEREMY JOHN CRAWFORD; BRAD QUIRI; AMANDA QUIGLEY; ETHAN BAKER;

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

# TEN MILLION AND NO/100 DOLLARS ($10,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 20th day of August, 2021.

Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company

### ACKNOWLEDGMENT

STATE OF NEW YORK COUNTY OF NEW YORK: ss
On this 20th day of August, 2021, before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

Stephanie Rubino McArthur
Notary Public, State of New York
No. 02MC6270117
Qualified in New York County
Commission Expires October 19, 2024

Notary Public
My Commission Expires
October 19, 2024

### CERTIFICATE

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this __19th__ day of __April__, __2023__.

Assistant Secretary

BDJ 1(08-21)00



# Nationwide Mutual Insurance Company
1100 Locust St, Dept. 2006
Des Moines, Iowa 50391-2006
Attn: Surety Claims Manager
Tel. 866-387-0457

## Surety Claim Notification

Claim notices should be sent to the attention of the Surety Claims Manager via e-mail to bondclms@nationwide.com or via mail to the address above.

All other notices should be sent to the attention of the Surety Underwriting Department via e-email to bondcomm@nationwide.com or via mail to the address above.

Thank you for your cooperation.

Nationwide Mutual Insurance Company, Surety Department

Acknowledgment of Surety

State of Minnesota
County of Ramsey

On this 19th day of April 2023 before me personally appeared **Jeremy John Crawford** who acknowledged that he or she is the attorney in fact who is authorized to sign on behalf of **Nationwide Mutual Insurance Company** (surety company), the foregoing instrument, and he thereupon duly acknowledged to me that he executed the same.

*Madelyn Van Hellen*
Notary Public

MADELYN ROSE VAN HOLLEN
Notary Public-Minnesota
My Commission Expires Jan. 31, 2027