UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

PUBLIC SQUARE LA, INC., *et al.*,

Defendants.

Case No. 2:26-cv-00245-FLA (CTSx)

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION**

On April 16, 2026, the clerk of the court entered the default of Defendants Gaspar Petrosyan and Samvel Simonyan ("Defendants") at Plaintiff Nationwide Mutual Insurance Company's ("Plaintiff") request. Dkt. 26. Plaintiff, however, has not filed an application for default judgment or any other document since Defendants' default has been entered.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing, within fourteen (14) days of the date of this Order, why the action should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of the action without further notice. The filing of an application for default judgment shall constitute a sufficient response to the OSC. *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: September 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge